**FILED**

Mar 31 2026

Clerk, U.S. District Court
Western District of Texas

By: _____ *AQ*
                                    Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **Case Number: EP:26-CR-00421(1)-DCG** |
| | § | |
| **(1) JORGE OBEYMAR DE LA** | § | |
| **TORRE-VAZQUEZ** | § | |

*Defendant*

## ORDER RESETTING FELONY PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for FELONY PLEA in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

### Wednesday, April 22, 2026 at 9:00 AM

The Court finds that good cause exists for this delay and justice requires it under 18 U.S.C. §§ 3060(c), 3142(f), and Fed. R. Crim. P. 5.1(d). Extraordinary circumstances—specifically, an ongoing measles outbreak and resulting detainee quarantine at the various detention facilities—are disrupting court operations, U.S. Marshals Service operations, and detainee transportation, preventing the Court from conducting these hearings without risking the health and safety of court staff, counsel, law enforcement, defendants, and the public. The Court finds that the time from April 6, 2026 through April 22, 2026 , is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the granting of a new trial, the dismissal of charges, or contempt proceedings.

IT IS SO ORDERED this **31st day of March, 2026.**

_____
LAURA ENRIQUEZ

UNITED STATES MAGISTRATE JUDGE